Sean O. Anderson
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TRAVIS M. MUIRHEAD,<br><br>Defendant. | No. 6:19-mj-00047-JDP<br><br>**MOTION TO DISMISS; AND ORDER THEREON** |

The defendant having met all conditions of the Deferred Prosecution Agreement entered into with the Government, the United States hereby moves the Court for an order of dismissal pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of the Court endorsed hereon.

Dated: September 24, 2020        /S/ Sean O. Anderson____
                                 Sean O. Anderson
                                 Acting Legal Officer
                                 Yosemite National Park

1

**ORDER**

Upon application of the United States, good cause having been shown therefor, it is hereby ordered that the above-referenced matter, *United States v. Travis Muirhead*, 6:19-mj-00047-JDP, be dismissed, without prejudice, in the interests of justice.

IT IS SO ORDERED.

Dated:   September 25, 2020                              ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
                                                         UNITED STATES MAGISTRATE JUDGE

2